**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE PROTECT DEMOCRACY PROJECT, INC.,

Plaintiff,

v.

OFFICE OF THE NATIONAL CYBER DIRECTOR, OFFICE OF SCIENCE AND TECHNOLOGY POLICY, U.S. DEPARTMENT OF COMMERCE, BUREAU OF INDUSTRY AND SECURITY, and U.S. DEPARTMENT OF THE TREASURY,

Defendants.

Civil Action No. 1:26-cv-03064

**JOINT STATUS REPORT**

Plaintiff The Protect Democracy Project, Inc. ("Protect Democracy"), and Defendants Office of the National Cyber Director, Office of Science and Technology Policy, U.S. Department of Commerce, Bureau of Industry and Security, and U.S. Department of the Treasury (together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Status Report simultaneously with Plaintiff's Notice of Withdrawal of Plaintiff's Motion for a Preliminary Injunction:

1. Plaintiff filed this FOIA action [ECF No. 1], and a motion for a preliminary injunction [ECF No. 2], on September 1, 2026.

2. The Court entered a negotiated briefing schedule on the preliminary injunction motion and set that motion for argument on September 22, 2026 [9/9/26 Minute Orders].

3. The parties have continued to negotiate in good faith about the FOIA requests and

the motion and have agreed as follows:

a. Plaintiff will narrow its FOIA requests to the following four items: (1) substantively unredacted copies of the text of the voluntary frontier AI disclosure and pre-release review framework that an administration official reportedly stated was completed by August 1, 2026 (and which was reportedly shared with AI companies at the meeting held at the White House during the first week of August 2026); (2) any records provided to AI companies that disclose the terms of participation or cooperation in the GOLD EAGLE clearinghouse; (3) the document(s) identifying the individuals and entities deemed "trusted partners" under the AI pre-release review framework; and (4) records identifying the statutory or other legal authority relied upon to establish or operate the AI pre-release review framework and GOLD EAGLE clearinghouse. Plaintiff further agrees that they would accept responsive records from any one of the Defendant agencies that possesses them; it did not need each Defendant to produce duplicative, responsive records.

b. Defendants agree that they will produce responsive records on or before October 30, 2026. If Defendants assert FOIA exemptions over any portions of the responsive records, they will produce a *Vaughn* index by that date.

4. In light of this agreement, Plaintiff agrees to withdraw its motion for a preliminary injunction and files a notice of withdrawal simultaneously with the instant Joint Status Report.

5. The parties proposed a joint status report for November 13, 2026, where the parties will set a briefing schedule if necessary.

* * *

Dated: September 15, 2026

Respectfully submitted,

By: */s/ Robert J. Morris (w/permission)*
ROBERT J. MORRIS, II, (D.C. Bar #1719434)
*Attorney for Defendants*

By: */s/ Michael P Abate*
Michael P. Abate (D.D.C. Bar No. MD28077)
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE PROTECT DEMOCRACY PROJECT, INC.,

Plaintiff,

v.

OFFICE OF THE NATIONAL CYBER DIRECTOR, OFFICE OF SCIENCE AND TECHNOLOGY POLICY, U.S. DEPARTMENT OF COMMERCE, BUREAU OF INDUSTRY AND SECURITY, and U.S. DEPARTMENT OF THE TREASURY,

Defendants.

Civil Action No. 1:26-cv-03064

**[PROPOSED] ORDER**

Upon consideration of the foregoing Joint Status Report, and the entire record herein, it is hereby ORDERED that the existing briefing schedule and hearing date on Plaintiff's Motion for a Preliminary Injunction are CANCELLED. It is further ORDERED that the parties SHALL filed a joint status report by November 13, 2026.

SO ORDERED.

Dated: __________

______________________________
Hon. Ana C. Reyes
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I filed the foregoing with the Court through the CM/ECF system, which will serve counsel for all parties.

Robert J. Morris, II, (D.C. Bar #1719434)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2534
robert.morris@usdoj.gov
*Attorney for Defendants*

Michael P. Abate (D.D.C. Bar No. MD28077)
Burt A. ("Chuck") Stinson*
Kaplan Johnson Abate & Bird LLP
471 W. Main St., Suite 203
Louisville, KY 40202
Telephone: (502) 540-8280
mabate@kaplanjohnsonlaw.com
cstinson@kaplanjohnsonlaw.com

Deana K. El-Mallawany*
Justin Florence (D.D.C. Bar No. 988953)
The Protect Democracy Project, Inc.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
Telephone: (202) 579-4582
deana.elmallawany@protectdemocracy.org
justin.florence@protectdemocracy.org

*Counsel for Plaintiff*

* *Motion for pro hac vice forthcoming*

*s/ Michael P. Abate*
Counsel for Plaintiff